

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-17-00424-CV
_____

M&L BUILDERS, INC. AND MUKESH BHAKTA, APPELLANTS

V.

KRISU HOSPITALITY, LLC, APPELLEE

On Appeal from the 223rd District Court
Gray County, Texas
Trial Court No. 38,934; Honorable Phil N. Vanderpool, Presiding

January 2, 2018

## ORDER OF ABATEMENT

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellants, M&L Builders, Inc. and Mukesh Bhakta, appeal from a default judgment in favor of Appellee, Krisu Hospitality, LLC. On December 21, 2017, Bhakta filed a suggestion of bankruptcy with the Gray County District Clerk. *See* TEX. R. APP. P. 8.1. The suggestion provides notice that Bhakta filed a bankruptcy petition in the United States Bankruptcy Court for the Eastern District of Texas on December 15, 2017. The

bankruptcy proceeding is currently pending as case number 17-10609. On December 21, the district clerk filed in this court a supplemental clerk's record containing the suggestion of bankruptcy.

Accordingly, this appeal is abated and all appellate deadlines are suspended until further order of this court. *See* TEX. R. APP. P. 8.2. The parties may file a motion to reinstate or sever the appeal if permitted by federal law or the bankruptcy court. *See* TEX. R. APP. P. 8.3. The parties shall promptly inform this court of the resolution of the bankruptcy proceeding or any other event authorizing reinstatement of the appeal.

It is so ordered.

Per Curiam